**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carroll C. Lee, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Greeley, et al., ) <br> ) <br> Defendants. ) <br> ) | No. CV 08-0744-PHX-PGR <br><br> **ORDER** |

The Court is in receipt of Plaintiff's Motion for Review[1] (Doc. 24) and has reviewed said motion. However, upon review, the Court is unable to ascertain any reason under the law which would warrant the reopening of this case.

Accordingly,

IT IS HEREBY ORDERED DENYING Plaintiff's Motion to Reopen this Case.

DATED this 7th day of May, 2009.

*[signature]*
Paul G. Rosenblatt
United States District Judge

---

[1] The Court will consider this as a Motion to Reopen this Case.